UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                              CASE NO. 19-40041-KKS
                                                                    CHAPTER 13
MARY RAYSHELL HOLMES,

       Debtor.                                   /

### AGREED ORDER DENYING CHAPTER 13 TRUSTEE'S AMENDED MOTION TO DISMISS WITH CONDITIONS (Doc. 37)

THIS CAUSE came before the Court on the Chapter 13 Trustee's Amended Motion to Dismiss (Doc. 37), and the Court being fully advised, it is

**ORDERED**:

1. The Trustee's Motion to Dismiss is DENIED, provided the Debtor complies with the condition(s) in this Order.

2. Debtor shall cure the delinquency of $3,683.98.

3. This payment shall be made in full **by end of day, June 2, 2019**. This payment shall not relieve the Debtor of the obligation to make each and every payment due under the Plan.

4. If the Debtor complies with the aforementioned provision(s), the Trustee shall notify the Court to enter a Strict Compliance Order.

5. The Debtor shall have **until end of day, June 2, 2019**, to provide the 2017 United States Income Tax Returns, and any applicable refund(s), to the

Chapter 13 Trustee.

6. If the Debtor fails to comply with the aforementioned condition(s), the Trustee shall submit a Notice of Failure to Comply with Order Denying Chapter 13 Trustee's Motion to Dismiss with Conditions, and the Court shall enter an Order Dismissing Case without further notice or hearing.

DONE and ORDERED on __May 29, 2019__.

_____
KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

LEIGH D. HART, Chapter 13 Trustee, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.

THIS ORDER PREPARED BY (and amended in Chambers):
LEIGH D. HART, ESQ.
CHAPTER 13 TRUSTEE
P. O. BOX 646
TALLAHASSEE, FL 32302