UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.:   19-40041-KKS
In re:                                                                                           Chapter 13

MARY RAYSHELL HOLMES,
    Debtor.

_____/

**OBJECTION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS (Doc. 37)**

Debtor, by and through her undersigned counsel, files this Objection to Chapter 13 Trustee's Motion to Dismiss (Doc. 37)and states the following:

1.     Debtor is current on plan payments.

2.     Debtor has provided trustee will all required tax returns.

WHEREFORE, Debtors respectfully request that this court deny Chapter 13 Trustee's Motion to Dismiss and for such other relief this Court deems just and proper.

Dated: June 7, 2019, 2019

RESPECTFULLY SUBMITTED,

/s/ India Footman
India Footman, Esq.
Footman Law Firm, P.A.
1695 Metropolitan Circle, Suite 3
Tallahassee, FL 32308
Phone: (850) 597-7396
Fax: (850) 888-8819
Fla. Bar No. 105905

## **CERTIFICATE OF SERVICE**

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on June 17, 2019 to the following person(s) at the email address(es) noted herein:

Leigh D. Hart
ldhdock@earthlink.net, ldhtre@earthlink.net, ldhadmin@earthlink.net

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

                                                RESPECTFULLY SUBMITTED,

                                                /s/ India Footman
                                                India Footman, Esq.