UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:   CASE NO.: 19-40041-KKS
CHAPTER 13

MARY RAYSHELL HOLMES

_____Debtor_____/

## CHAPTER 13 TRUSTEE'S CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the attached document has been sent by first class mail to:

MARY RAYSHELL HOLMES
835 GRIFFIN ST.
TALLAHASSEE, FL 32304

and by the court's current CM/ECF notice of electronic filing to:

INDIA FOOTMAN, ESQUIRE
Attorney for Debtor(s)
indiafootman@footmanlaw.com

OFFICE OF UNITED STATES TRUSTEE
USTPRegion21.TL.ECF@usdoj.gov

on the date reflected on Court's docket as the electronic filing date for this document.

/s/Leigh D. Harbor
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE
   POST OFFICE BOX 646
   TALLAHASSEE, FL 32302
   ldhecf@earthlink.net
   (850) 681-2734 "Telephone"
   (850) 681-3920 "Facsimile"

FORM orcmpli (Rev. 08/17)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Mary Rayshell Holmes
aka Mary Baker
SSN/ITIN: xxx–xx–3164
Debtor

Bankruptcy Case No.: 19–40041–KKS

Chapter: 13
Judge: Karen K. Specie

## *STIPULATED ORDER ON CHAPTER 13*
## *TRUSTEE'S MOTION TO DISMISS*

**THIS CAUSE**, having come before the Court upon the Chapter 13 Trustee's Motion to Dismiss, and the Debtor(s) having consented to the entry of a Strict Compliance Order;

**IT IS HEREBY ORDERED** that:

1. The Debtor(s) shall pay the regular monthly Plan payments to the Trustee each and every month on a strict compliance basis.

2. Upon notification by the Trustee of non–payment of a Plan payment, this case shall stand dismissed without further notice or hearing.

3. If the Debtor(s) has an accrued delinquency as of the date of this Order, the Debtor(s) shall file the appropriate pleading to cure the delinquency within thirty (30) days or this case shall be automatically dismissed without further notice or hearing.

4. If the Debtor(s) has submitted a check which has been returned by the bank for non–sufficient funds or account closed, then the Debtor(s) shall not tender a personal check to the Trustee. Instead, Plan payments shall be made by certified funds or by Employer Payroll Deduction. The Debtor(s)' termination of the employer deduction and tendering of a personal check by the Debtor(s) shall constitute a violation of the Strict Compliance Order and the case will then be automatically dismissed without further notice or hearing.

**DONE AND ORDERED** at Tallahassee, Florida, July 2, 2019.

/s/ Karen K. Specie
Karen K. Specie
U.S. Bankruptcy Judge

**SERVICE:** Leigh D. Hart shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.