UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re : MARY RAYSHELL HOLMES,                    CASE NO.: 19-40041-KKS
                                                                    Chapter 13

    Debtor.

_____/

**ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM #5 FILED BY U.S. BANK TRUST, N.A., AS TRUSTEE OF THE LODGE PROPERTIES III, LLC (Doc. 43)**

This cause came before the Court on Debtor's *Objection to Proof of Claim #5 Filed by U.S. Bank Trust, N.A., as Trustee of the Lodge Properties III, LLC* (Doc. 43), filed by negative notice. No response having been filed, the Court considers this matter unopposed. It is

**ORDERED**

1. Debtor's *Objection to Proof of Claim #5 Filed by U.S. Bank Trust, N.A., as Trustee of the Lodge Properties III, LLC* (Doc. 43) is SUSTAINED.

2. U.S. Bank Trust, N.A., as Trustee of the Lodge Properties III, LLC shall hold a secured claim in the amount of $357,880.36.

3. The amount necessary to clear the default from the date of filing the instant bankruptcy petition shall be $39,986.21.

DONE AND ORDERED on   July 11, 2019

                                                            KAREN K. SPECIE
                                                            U.S. Bankruptcy Judge

Attorney India Footman, Esq. is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.

Prepared by:
India Footman, Esq.
Attorney for Debtor